# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-03296-WQH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL** |
| v. | |
| MICHAEL STEVEN RIVERA-HURTADO, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed without prejudice as to defendant Michael Steven Rivera-Hurtado.

**IT IS SO ORDERED.**

Dated: November 8, 2019

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court